NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IPA TECHNOLOGIES INC.,**
*Plaintiff-Appellant*

**v.**

**AMAZON.COM, INC., AMAZON DIGITAL SERVICES, LLC,**
*Defendants-Appellees*

---

2022-1193

---

Appeal from the United States District Court for the District of Delaware in No. 1:16-cv-01266-RGA, Judge Richard G. Andrews.

---

**JUDGMENT**

---

MATTHEW D. POWERS, Tensegrity Law Group LLP, Redwood Shores, CA, argued for plaintiff-appellant.  Also represented by PAUL EHRLICH, ROBERT LEWIS GERRITY; AZRA HADZIMEHMEDOVIC, KILEY WHITE, McLean, VA.

J. DAVID HADDEN, Fenwick & West LLP, Mountain View, CA, argued for defendants-appellees.  Also represented by RAVI RAGAVENDRA RANGANATH, VIGEN

SALMASTLIAN, SAINA S. SHAMILOV; TODD RICHARD GREGORIAN, San Francisco, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court